THOMAS A. LARMORE ESQ.
NEVADA BAR NO: 7415
Law Offices of George D. Greenberg
dba Greenberg & Nguyen
7674 West Lake Mead Blvd., Ste #245
Las Vegas, NV 89128
Tel: (702) 796-5221
Email: thlarmore@gmail.com

HERBERT A. TERRELL, ESQ.
PENNSYLVANIA BAR NO: 26129
7232 Roosevelt Street
Pittsburgh, PA 15235
Tel: 412-404-8594
Fax: 412-
Email: haterrell@justice.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| V'GUARA, INC., | Civil Division |
| Plaintiff | |
| vs. | Case No. 2:13-cv-00076-GMN-NJK |
| | REQUEST TO PARTICIPATE AT HEARING TELEPHONICALLY ON MARCH 1, 2013 |
| STEVE DEC and S&D BEVERAGES, LLC | |
| Defendants | |

STEVE DEC, personally and by and through his undersigned counsel, requests that they be allowed to participate in the hearing scheduled in this matter for March 1, 2013 telephonically. Docket # 23.

At present, unresolved personal jurisdictional challenges to the court conducting an injunction merits hearing exists. This being said, it is not entirely clear if the Court will nevertheless receive evidence on the record regarding a preliminary injunction.

///

///

///

///

///

///

The undersigned counsel and Mr. Dec seek permission to participate by telephone so as to avoid the great expense and time of travel from Pennsylvania to Nevada for what may be oral argument or Court rescheduling.

DATED this _____ day of February, 2013.

Respectfully submitted,

/s/ *Herbert A. Terrell*

_____
Herbert A. Terrell, Esquire
PA Bar No. 26129
7232 Roosevelt Street
Pittsburgh, PA 15235
(412) 404-8594
(877) 250-7379 (facsimile)
Email: haterrell@justice.com
*Pro Hac Vice*
*Attorney for Defendant Steve Dec*

## **ORDER**

The Court having reviewed the parties' request to participate in the Motion hearing by telephone on Friday, March 1, 2013 at 9:00 a.m., hereby GRANTS the same. The parties shall call into the meet-me-line: (702) 868-4912 and enter passcode 123456. The parties are directed to call in five (5) minutes prior to the hearing.

DATED this 26th day of February, 2013.

_____
Gloria M. Navarro
United States District Judge

- 2 -