1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| V'GUARA, INC., | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-0076-JAD-NJK |
| | ) | |
| vs. | ) | ORDER RE: MOTION |
| | ) | FOR EXTENSION |
| STEVE DEC, et al., | ) | |
| | ) | (Docket No. 60) |
| Defendant(s). | ) | |
| | ) | |

Pending before the Court is a motion to extend the deadlines set out in the scheduling order.
Docket No. 60.  The Court hereby ORDERS that any response in opposition be filed no later than
noon on December 20, 2013, and any reply by noon on December 23, 2013.

IT IS SO ORDERED.

DATED: December 19, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge