# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| V'GUARA, INC., ) | |
| ) | Case No. 2:13-cv-0076-JAD-NJK |
| Plaintiff(s), ) | |
| ) | ORDER DENYING MOTION FOR |
| vs. ) | LEAVE TO AMEND |
| ) | |
| STEVE DEC, et al., ) | (Docket No. 64) |
| ) | |
| Defendant(s). ) | |
| _____) | |

Pending before the Court is Defendant Steve Dec's motion for leave to file an amended counterclaim and add a party-counter defendant. Docket No. 64. Because the motion cites no legal authority of any kind in support of the requested relief, it is hereby DENIED without prejudice. *See* Local Rule 7-2(d). As such, the Court further STRIKES the proposed amended counterclaim at Docket No. 66.

IT IS SO ORDERED.

Dated: January 13, 2014

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE