1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| V'GUARA, INC., | ) | |
| | ) | Case No. 2:13-cv-0076-JAD-NJK |
| Plaintiff(s), | ) | |
| | ) | ORDER DENYING MOTION FOR |
| vs. | ) | LEAVE TO AMEND |
| | ) | |
| STEVE DEC, et al., | ) | (Docket No. 64) |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

8
9
10
11
12

13          Pending before the Court is Defendant Steve Dec's motion for leave to file an amended

14   counterclaim and add a party-counter defendant.  Docket No. 64.  Because the motion cites no legal

15   authority of any kind in support of the requested relief, it is hereby DENIED without prejudice. *See* Local

16   Rule 7-2(d).  As such, the Court further STRIKES the proposed amended counterclaim at Docket No. 66.

17          IT IS SO ORDERED.

18          Dated: January 13, 2014

19
20   _____
     NANCY J. KOPPE
     UNITED STATES MAGISTRATE JUDGE

21
22
23
24
25
26
27
28