# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| V'GUARA INC., | |
| Plaintiff(s), | Case No. 2:13-cv-0076-JAD-NJK |
| vs. | ORDER |
| STEVE DEC, et al., | (Docket Nos. 73, 81, 82) |
| Defendant(s). | |

The Court has received a motion to substitute attorneys (Docket No. 82) which is hereby **GRANTED**. As a result, the motion to withdraw as counsel (Docket No. 73) is hereby **DENIED** as moot. The Court further **VACATES** the hearing set for March 11, 2014, at 4:00 p.m. (Docket No. 74).

In light of Plaintiff obtaining new counsel, the motion to compel (Docket No. 81) is hereby **DENIED** without prejudice. Defendant's counsel shall conduct a good faith meet and confer with Plaintiff's new counsel to attempt to resolve any discovery dispute without Court intervention.

IT IS SO ORDERED.

DATED: March 11, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge