1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8
9
10
11
12
13
14
15

| | | |
|---|---|---|
| V'GUARA INC., | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-0076-JAD-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STEVE DEC, et al., | ) | (Docket Nos. 73, 81, 82) |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

16
17
18
19

The Court has received a motion to substitute attorneys (Docket No. 82) which is hereby **GRANTED**.  As a result, the motion to withdraw as counsel (Docket No. 73) is hereby **DENIED** as moot.  The Court further **VACATES** the hearing set for March 11, 2014, at 4:00 p.m.  (Docket No. 74).

20
21
22

In light of Plaintiff obtaining new counsel, the motion to compel (Docket No. 81) is hereby **DENIED** without prejudice.  Defendant's counsel shall conduct a good faith meet and confer with Plaintiff's new counsel to attempt to resolve any discovery dispute without Court intervention.

23

IT IS SO ORDERED.

24

DATED:  March 11, 2014

25
26

_____
NANCY J. KOPPE
United States Magistrate Judge

27
28