UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| V'GUARA, INC., ) | | Case No. 2:13-cv-0076-JAD-NJK |
|           Plaintiff(s), ) | | |
| vs. ) | | ORDER SETTING HEARING |
| STEVE DEC, ) | | |
|           Defendant(s). ) | | (Docket No. 85) |

Pending before the Court is a stipulation to extend discovery deadlines, filed on March 31, 2014. Docket No. 85. The parties are requesting extensions of the discovery cut-off, the deadline to amend pleadings and adding parties, the expert disclosure deadline, the rebuttal expert disclosure deadline, and the dispositive motions deadline. *Id.* at 5. All but the last of these deadlines have expired, some several months ago. *See id.* Moreover, the dispositive motion deadline is set to expire in eight days. *See id.* The stipulation seeks to extend all of those deadlines by nearly four months. *See id.*

Local Rule 24-6 governs extensions of discovery deadlines. Pursuant to the rule, "All motions or stipulations to extend a deadline set forth in a discovery plan shall be received no later than twenty-one (21) days *before expiration of the subject deadline*." Local Rule 26-4 (emphasis added). Any motion or stipulation filed before 21 days prior to the expiration of the subject deadline must be supported by a showing of good cause. *Id.* Any motion or stipulation filed less than 21 days prior to the expiration of the subject deadline (or after the subject deadline has expired) must be

supported by a showing of excusable neglect. *Id.*

The stipulation provides two reasons for the Court to reopen all of the above discovery deadlines and to extend the dispositive motion deadline.  First, the stipulation indicates that the parties did not obtain sufficient discovery during the discovery period.  *See id.* at 4 ("discovery stalled between the V'Guara Parties' prior counsel and Dec's counsel").  Second, the stipulation indicates that Plaintiff's current counsel substituted into this case after the close of discovery.  *Id.*  Generally speaking, these reasons do not justify reopening or extending the deadlines at issue.  *See, e.g.*, *Paws Up Ranch, LLC v. Green*, 2013 U.S. Dist. Lexis 146149, *8-9 (D. Nev. Oct. 8, 2013); *Derosa v. Blood Sys., Inc.*, 2013 U.S. Dist. Lexis 108235, *5 (D. Nev. Aug. 1, 2013).

Accordingly, the Court hereby SETS a hearing on the pending stipulation for April 8, 2014, at 2:00 p.m. in Courtroom 3B.  Counsel shall be prepared to argue why the stipulation should be granted in light of the above deficiencies.

IT IS SO ORDERED.

DATED: April 1, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge