GEORGE D. GREENBERG, ESQ.
NEVADA BAR NO: 4278
Law Offices of George Greenberg
Dba Greenberg & Nguyen
7674 West Lake Mead Blvd., Ste. 245
Las Vegas, NV 89128
Tel: (702) 796-5221
Email: gdgreenberg@aol.com
*Attorney for Defendants*
STEVE DEC and S & D BEVERAGES, LLC,

IN THE UNITED STATES DISTRICT COURT

STATE OF NEVADA

| | |
|---|---|
| V'GUARA INC, a Nevada Corporation, | |
| Plaintiff, | Case No. 2:13-CV-00076-JAD-NJK |
| v. | **STIPULATION TO SUBSTITUTE ATTORNEYS** |
| STEVE DEC and S & D BEVERAGES, LLC, | |
| Defendants. | |

PATRICIA A. MARR, ESQ., is hereby substituted in as Attorney for Defendants STEVE DEC and S & D BEVERAGES, LLC, in the place of GREENBERG & NGUYEN in the above entitled action.

Dated this 9th day of July, 2014.

GEORGE GREENBERG, ESQ.
Nevada Bar Number 4278
*Attorney for Defendants*

1

1 | I hereby consent to the above substitution for Defendants STEVE DEC and S & L
2 | BEVERAGES, LLC.

Dated this 9th day of July, 2014

PATRICIA A. MARR, LTD.

_____
PATRICIA A. MARR, LTD.
PATRICIA A. MARR, ESQ.
Nevada Bar No. 008846
2470 St. Rose Parkway, Suite 106
Henderson, Nevada 89074
Mailing Address: 9484 S. Eastern Box 399
Las Vegas, Nevada 89123
(702) 353-4225 (telephone)
(702) 912-0088 (facsimile)
Lvlaw03@yahoo.com
*Attorney for Defendants*

**IT IS SO ORDERED**

_____
NANCY J. KOPPE
United States Magistrate Judge

DATED: July 14, 2014

2