FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 18 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| V'Guara Inc., | |
|     Plaintiff | Case No.: 2:13-cv-76-JAD-GWF |
| v. | **Order** |
| Steve Dec, | |
|     Defendant | |

Based on the court's findings and conclusions stated on the record at the December 18, 2014, motion hearing, it is hereby ordered that the plaintiff's motion for summary judgment (Doc. 96) and the defendant's motion for reconsideration (Doc. 114) are **DENIED**. The parties are ordered to a settlement conference before a magistrate judge.

DATED December 18, 2014.

_____
Jennifer A. Dorsey
United States District Judge