# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| V'GUARA INC., | |
| Plaintiff(s), | Case No. 2:13-cv-00076-JAD-NJK |
| v. | **ORDER RE:** |
| STEVE DEC, et al., | **SETTLEMENT CONFERENCE** |
| Defendant(s). | |

Due to conflicting duties of the Court, the settlement conference scheduled for February 24, 2015 is hereby CONTINUED to March 4, 2015 at 10:00 a.m. All other requirements of the order setting the settlement conference (Docket No. 119) remain in effect.

IT IS SO ORDERED.

DATED: February 20, 2015

_____
Nancy J. Koppe
United States Magistrate Judge