1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| V'GUARA INC., | ) | |
| Plaintiff(s), | ) ) ) | Case No. 2:13-cv-00076-JAD-NJK |
| v. | ) | **ORDER** |
| STEVE DEC, et al., | ) ) | (Docket No. 122) |
| Defendant(s). | ) ) | |

Pending before the Court is a motion to excuse Herbert Terrell's attendance from the settlement conference.  Docket No. 122.  For good cause shown, that motion is hereby GRANTED.

IT IS SO ORDERED.

DATED: March 2, 2015

_____
Nancy J. Koppe
United States Magistrate Judge