UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| V'Guara, Inc.,<br><br>    Plaintiff<br><br>v.<br><br>Steve Dec, et al.,<br><br>    Defendants<br><br>And all related matters | 2:13-cv-00076-JAD-NJK<br><br>**Order Lifting Stay and Directing Parties to File their Joint Pretrial Order**<br><br>[ECF No. 156] |

On April 22, 2016, I stayed this case pending resolution of the bankruptcy appeal in case 2:16-cv-00630-GMN and reminded the parties that Steve Dec's counterclaims against V'Guara, Inc. are stayed under 11 U.S.C. § 362 until and unless the bankruptcy court orders otherwise.[1] Dec now moves me to lift the stay and reinstate this case for trial, arguing that the bankruptcy appeal has been dismissed and the bankruptcy court has lifted the stay for the purpose of allowing this case to proceed to trial.[2] Attached to Dec's motion is a copy of the stipulation and order dismissing the bankruptcy appeal that was entered by Chief Judge Navarro in case 2:16-cv-00630-GMN on May 2, 2016.[3] Also attached is a copy of the stipulation and order lifting the automatic stay to allow this case to proceed to trial "without regard to [V'Guara's] pending bankruptcy case[,]" which was entered by Judge Landis on May 13, 2016.[4] Neither V'Guara nor Wierzbowski has responded to Dec's motion.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the stay pending resolution of the bankruptcy appeal in case 2:16-cv-00630-GMN is LIFTED.

---

[1] ECF No. 155.

[2] ECF No. 156.

[3] ECF No. 156-1 at 2–3.

[4] ECF No. 156-1 at 5–7.

IT IS FURTHER ORDERED that the parties must file an amended proposed joint pretrial order **by Monday, July 18, 2016.**

The parties are reminded that the amendments to the Local Rules of Practice for this court became effective on May 1, 2016,[5] and LR 16-3 now requires that parties meet and confer (and certify that was done) before filing motions in limine. The proposed pretrial order and any motion in limine must comply with the local rules as amended.

DATED: June 17, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[5] A copy of the current local rules is available at:
http://www.nvd.uscourts.gov/Files/2016%20Local%20Rules%20of%20Practice%20FINAL.pdf