UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| V'Guara, Inc.,<br><br>    Plaintiff<br><br>v.<br><br>Steve Dec, et al.,<br><br>    Defendants<br><br>And all related matters | 2:13-cv-00076-JAD-NJK<br><br>**Order Lifting Stay and Directing Parties to File their Joint Pretrial Order**<br><br>[ECF No. 160] |

    On August 19, 2016, Defendant filed his Second Motion in Limine.[1] The document suffers from formatting problems. First, Local Rule IA 10-1(a)(1) states that "Lines of text must be numbered consecutively beginning with 1 on the left margin of each page with no more than 28 lines per page." In my June 17, 2016, order, I reminded the parties that the Local Rules have been recently amended and that "any motion in limine must comply with the local rules as amended."[2] Defendant's motion was not submitted on lined pleading paper, thus violating Local Rule IA 10-1(a)(1). Second, it appears that some formatting error occurred and has caused various symbols to be replaced by others. For example, apostrophes have been replaced with equal signs, and quotation marks have been replaced by the @ symbol. Finally, the case caption incorrectly reflects this case as bearing the case number 2:13-cv-0076-GMN-JNK, when the correct case number is 2:13-cv-0076-**JAD-NJ**K.

    To allow the defendant the opportunity to resolve these problems with this filing, and exercising my inherent power to control this docket, IT IS HEREBY ORDERED that Defendant's Second Motion in Limine **[ECF No. 160] is DENIED** without prejudice to its

---

[1] ECF No. 160.

[2] ECF No. 157 at 2.

refiling by Friday, August 26, 2016, in a proper, rule-compliant format.

DATED: August 22, 2016

_____
Jennifer A. Dorsey
United States District Judge