# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| V'GUARA INC., ) | |
|               Plaintiff(s), ) | Case No. 2:13-cv-00076-JAD-NJK |
| ) | ORDER |
| vs. ) | |
| STEVE DEC, et al., ) | |
|               Defendant(s). ) | |

On August 22, 2016, the Court ordered V'Guara to show cause in writing, by September 6, 2016, why case-dispositive sanctions should not be imposed against it. Docket No. 161. Alternatively, the Court indicated that the filing of a notice of appearance by an attorney on V'Guara's behalf, by September 6, 2016, would suffice to discharge the order to show cause. *Id.* To date, neither a response to the order to show cause nor a notice of appearance has been filed. The Court hereby **SETS** a show cause hearing for 3:00 p.m. on September 29, 2016, in Courtroom 3A. Mirek Wierzbowski is specifically **ORDERED** to attend the hearing.

IT IS SO ORDERED.

DATED: September 7, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge