# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

V'GUARA INC.,

           Plaintiff(s),

vs.

STEVE DEC, et al.,

           Defendant(s).

Case No. 2:13-cv-00076-JAD-NJK

AMENDED ORDER

On August 22, 2016, the Court ordered V'Guara to show cause in writing, by September 6, 2016, why case-dispositive sanctions should not be imposed against it. Docket No. 161. Alternatively, the Court indicated that the filing of a notice of appearance by an attorney on V'Guara's behalf, by September 6, 2016, would suffice to discharge the order to show cause. *Id.* A response was filed. Docket No. 166. The Court hereby **SETS** a show cause hearing for 3:00 p.m. on September 29, 2016, in Courtroom 3A. Mirek Wierzbowski is specifically **ORDERED** to attend the hearing.

    IT IS SO ORDERED.

    DATED: September 8, 2016

                                            _____
                                            NANCY J. KOPPE
                                            United States Magistrate Judge