**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Candice E. Renka, Esq.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
crenka@maclaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| V'GUARA, INC., a Nevada corporation,<br><br>                Plaintiff,<br>    vs.<br><br>STEVE DEC, an individual,<br><br>                Defendant | Case No.:   2:13-CV-00076-JAD-NJK |
| STEVE DEC, an individual,<br><br>                Counterplaintiff,<br>    vs.<br><br>V'GUARA, INC., a Nevada corporation;<br>MIREK WIERZBOWSKI, an individual,<br><br>                Counterdefendants. | **EX PARTE MOTION TO REMOVE<br>CANDICE E. RENKA, ESQ. FROM<br>CM/ECF SERVICE LIST** |

Candice E. Renka, Esq. of the law firm of Marquis Aurbach Coffing hereby respectfully requests to be removed from the CM/ECF Service List in this instant case, Number 2:13-cv-00076-JAD-NJK. Marquis Aurbach Coffing, Candice E. Renka, Esq. and Terry A. Coffing, Esq. withdrew as counsel for Plaintiff V'Guara, Inc. and Counterdefendants V'Guara, Inc. and Mirek Wierzbowski. The Court issued an order granting the withdrawal on April 22, 2016, ECF No. 155.

/ / /

/ / /

MAC:13644-001 2890359_1 9/8/2016 2:30 PM

1  As such, no further notice of case proceedings is required and Marquis Aurbach Coffing hereby
2  respectfully requests to have Candice E. Renka, Esq. removed from the CM/ECF Service List in
3  this case.

4  Dated this 8th day of September, 2016.

MARQUIS AURBACH COFFING

By   */s/ Candice E. Renka, Esq.*
    Terry A. Coffing, Esq.
    Nevada Bar No. 4949
    Candice E. Renka, Esq.
    Nevada Bar No. 11447
    10001 Park Run Drive
    Las Vegas, Nevada  89145

IT IS SO ORDERED.
Dated:  September 9, 2016

_____
United States Magistrate Judge