# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| V'GUARA, INC.,<br>            Plaintiff(s),<br>vs.<br>STEVE DEC,<br>            Defendant(s). | Case No. 2:13-cv-00076-JAD-NJK<br>ORDER<br>(Docket No. 170) |

Pending before the Court is a motion for Herbert Terrell to appear telephonically at the hearing set for September 29, 2016, Docket No. 170, which is hereby **GRANTED**. Mr. Terrell may appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: September 16, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge