UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIREK WIERZBOWSKI,                              )<br>                        Plaintiff(s),             )<br>                                                 )<br>vs.                                              )<br>                                                 )<br>STEVE DEC, et al.,                              )<br>                                                 )<br>                        Defendant(s).            )<br>_____)  | Case No. 2:13-cv-00076-JAD-NJK<br><br>ORDER |

Mirek Wierzbowski is proceeding in this action *pro se* as both the Plaintiff and as a Counter-Defendant.[1] At a show cause hearing, Mr. Wierzbowski suggested that he would hire an attorney if he could afford one, and thus appears to be desiring the assistance of an attorney for purposes of the upcoming trial. Hearing Rec. (9/29/2016) at 3:07 p.m. The Court is permitted to refer cases to the pro bono pilot program "[a]t any time during the course of litigation." Gen. Order 2014-01, Section 1(a)(1). Having reviewed the applicable factors, *see id.*, the Court finds it appropriate to refer this case to the pro bono pilot program for purposes of representing Mr. Wierzbowski at trial.[2]

IT IS SO ORDERED.

DATED: September 30, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Concurrently herewith, the Court issued an order substituting Mr. Wierzbowski as Plaintiff.

[2] To be clear, this reference does not ensure that a *pro bono* attorney will represent Mr. Wierzbowski at trial, but merely provides a process by which such an attorney may be located and retained.