**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| MIREK WIEZRBOWSKI,<br><br>  Plaintiff,<br><br>vs.<br><br>STEVE DEC,<br><br>  Defendant. | 2:13-cv-00076-JAD-NJK<br><br>**ORDER OF APPOINTMENT OF COUNSEL** |

This case was referred to the Pilot *Pro Bono* Program ("Program") adopted in General Order 2016-02 for appointment of *pro bono* counsel. The Court has been informed that *pro bono* counsel has been identified. Adam Yowell, Esq., is hereby appointed as counsel for Mirek Wiezrbowski. The scope of the appointment is for all purposes through the conclusion of the case, but does not extend to the appeal, if any, of a final decision. Accordingly,

IT IS HEREBY ORDERED that Adam Yowell, Esq. is hereby appointed as *pro bono* counsel for Mirek Wiezrbowski pursuant to the United States District Court for the District of Nevada's *Pro Bono* Program.

IT IS FURTHER ORDERED that Adam Yowell, Esq., as appointed counsel, may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

IT IS FURTHER ORDERED that the Clerk of Court shall assign a PROBONO case flag and add Adam Yowell, Esq. to the docket as counsel of record for Plaintiff.

IT IS FURTHER ORDERED that Adam Yowell, Esq. shall not be charged fees for use of the Court's filing system in this matter for the duration of the appointment.

IT IS FURTHER ORDERED that within fourteen (14) days after completion legal services, Adam Yowell, Esq. must submit a Notice of Completion Form to the *Pro Bono* Liaison.

DATED this 8th day of March, 2017.

_____
Jennifer A. Dorsey
UNITED STATES DISTRICT JUDGE