**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIREK WIERZBOWSKI, | Case No. 2:13-cv-00076-JAD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 193) |
| STEVE DEC, | |
| Defendant(s). | |

All discovery motions require a pre-filing conference and certification thereto. Local Rule 26-7(c). The pending motion to reopen discovery indicates that counsel "attempted to confer," received no response, but had previously been told via email that such a motion would be opposed. Docket No. 193 at 1-2. In so doing, counsel has failed to satisfy the underlying meet-and-confer requirements, as well as the requirements to provide a detailed certification of the meet-and-confer process. *See* Local Rule 26-7(c); *see also* Local Rule IA 1-3(f). Counsel shall review the applicable rules and continue the meet-and-confer efforts. Defense counsel shall promptly respond to the request to schedule the meet-and-confer.

//
//
//
//
//

Depending on the results of that process, Plaintiff shall file either a stipulation to reopen discovery or a renewed motion to reopen discovery in compliance with the rules, by May 31, 2017. If such a motion is filed, any response shall be filed within 5 court days of the filing of the motion and any reply shall be filed within 3 court days of the filing of the response.

The pending motion to reopen discovery is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: May 25, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge