UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MIREK WIERZBOWSKI, | ) | Case No. 2:13-cv-0076-JAD-NJK |
| Plaintiff(s), | ) | ORDER |
| v. | ) | |
| STEVE DEC, | ) | |
| Defendant(s). | ) | |

On June 23, 2017, Defendant filed on an emergency basis a motion regarding payment of expenses for depositions. Docket No. 208. Based on several deficiencies therein, the Court denied that motion the same day without prejudice. Docket No. 209. At the time of the Court's order, it was unclear whether the depositions had been formally noticed by Plaintiff, so the Court did not set a deadline by which to renew the motion for expenses. *See id.* at 2. Since that time, however, Plaintiff has filed several subpoenas returned executed, including one with an upcoming deposition date of July 6, 2017. *E.g.*, Docket No. 212. In light of that new information, the Court **ORDERS** that Defendant shall file any renewed motion for payment of expenses for depositions by **June 27, 2017**. Any renewed motion must resolve the deficiencies identified in the Court's previous order at Docket No. 209. Any response to the motion must be filed by **June 28, 2017**. No reply will be allowed without leave.

IT IS SO ORDERED.

DATED: June 26, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge