# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MIREK WIERZBOWSKI,<br>　　　　　Plaintiff(s),<br>v.<br>STEVE DEC,<br>　　　　　Defendant(s). | Case No. 2:13-cv-00076-JAD-NJK<br><br>ORDER<br><br>(Docket No. 241) |

A settlement conference is set in this case for February 21, 2018. Docket No. 237. On January 22, 2018, the Court ordered the filing of a status report as to Plaintiff's medical condition. Docket No. 240. On February 4, 2018, the parties filed a status report simply referring back to assertions and a doctor's note filed three months ago. Docket No. 241. That is not helpful. The Court hereby **SETS** a telephonic status conference for 3:00 p.m. on February 7, 2018. Counsel shall attend by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

While the parties themselves need not participate in that hearing, Plaintiff's counsel shall be prepared to represent to the Court Plaintiff's current medical condition and his current ability to travel.

IT IS SO ORDERED.

DATED: February 5, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　United States Magistrate Judge