ADAM K. YOWELL, Esq., Nevada Bar No. 11748
ayowell@bhfs.com
TRAVIS F. CHANCE, Esq., Nevada Bar No. 13800
tchance@bhfs.com
MACKENZIE WARREN, ESQ., Nevada Bar No. 14642
mwarren@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Plaintiff/Counter-Defendant
Mirek Wierzbowski*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIREK WIERZBOWSKI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STEVE DEC, an individual,<br><br>Defendant. | CASE NO.: 2:13-cv-00076-JAD-NJK<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>ECF No. 246 |
| STEVE DEC, an individual,<br><br>Counter-Plaintiff,<br><br>v.<br><br>V'GUARA, INC., a Nevada corporation; MIREK WIERZBOWSKI, an individual,,<br><br>Counter-Defendants. | |

The parties to the above-captioned action hereby stipulate to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, pursuant to the settlement agreement. ECF No. 245. Mr. Dec remains enjoined from using the V'Guara vodka formula, but may use the formula Mr. Dec produced at the settlement conference. Each party shall bear its own attorneys' fees and costs.

///

///

1

DATED this 7th day of March, 2018.

                      BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY: */s/ Adam K. Yowell*
Adam K. Yowell, Esq., Nevada Bar No. 11748
ayowell@bhfs.com
Travis F. Chance, Esq., Nevada Bar No. 13800
tchance@bhfs.com
Mackenzie Warren, Esq., Nevada Bar No. 14642
mwarren@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Plaintiff/Counter-Defendant Mirek Wierzbowski*


*/s/ Herbert A. Terrell*
PATRICIA A. MARR, ESQ.
Nevada Bar No. 008846 2470 St. Rose Pkwy, Ste. 111
patricia@marrlawlv.com
Henderson, Nevada 89074
Telephone: (702) 353-4225
Facsimile: (702) 912-0088

HERBERT A. TERRELL, ESQ.
Pennsylvania Bar No. 26129
haterrell@justice.com
7232 Roosevelt Street
Pittsburgh, PA 15235
Telephone: (412) 404-8594
Facsimile: (877) 250-7379
*Pro Hac Vice* Counsel

*Attorneys for Defendant/Counter-Plaintiff Steve Dec*

**ORDER**

Based on the parties' stipulation [ECF No. 246] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED** with prejudice, each party to bear its own fees and costs; Steve Dec remains enjoined from using the V'Guara vodka formula, but may use the formula that Mr. Dec produced at the settlement conference.

                                            _____
                                            U.S. District Judge Jennifer Dorsey
                                            March 7, 2018