UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MIREK WIERZBOWSKI, an individual,

Plaintiff,

v.

STEVE DEC, an individual,

Defendant.

AND ALL RELATED CLAIMS

Case No. 2:13-CV-00076-JAD-NJK

**ORDER TO RELEASE BOND**

Presently before the court is the matter of Mirek Wierzbowski v Steve Dec, et al., case number 2:13-cv-00076-JAD-NJK.

On February 15, 2013, the court ordered Plaintiff, V'Guara to post security bond in the amount of $1,000.00. (ECF No.18). On March 1, 2013, Kolesar & Leatham on behalf of Plaintiff, V'Guara, Inc., deposited $1,000.00 with the court (ECF No. 35).

On March 07, 2018, the court granted the parties' Stipulation to Dismiss with prejudice, closing the case. (ECF No. 247). As this matter is now concluded, the court will refund to Kolesar & Leatham on behalf of V'Guara, Inc. the $1,000.00 security bond, plus interest.

Accordingly,

**IT IS SO ORDERED**

Dated this 10th day of May, 2019.

JUDGE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE